UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **17-MJ-1971**    DATE: **8/8/17**    TAPE NUMBER: **LCR SIERRA BLANCA**

CLERK**: S. URIETA**    TYPE OF HEARING: **PRELIMINARY**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd | Ret'd. |
|---|---|---|---|
| **ESTEBAN PASTOR-LOPEZ** | **MEGHAN McLOUGHLIN** | ☒ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

USA by **KATHLEEN ROBESON,** Asst. U. S. Attorney    Interpreter: **GILBERTO MARTIN DEL CAMPO**

Pretrial Officer present: **SAM ROMERO**    Court in Session: **10:05-10:07 A.M. (1 MIN)**

☐    Agent sworn in OPEN COURT

☐    Court questions Defendant regarding his/her physical and mental conditions, address, age, education

☐    Court advises defendant(s) of possible penalties

☒    Court advises defendant(s) of all constitutional rights

☐    ORAL Motion for detention Hearing by Government

☐    Court grants Government's  ☐  Defense ☐ oral motion to continue detention hearing

☒    Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒    Defendant(s) in custody

☐    Defendant(s) detained without bond as: Risk of Flight ☐   Danger to Community ☐

☐    Conditions of Release set at:

☒    Other: EXPEDITED PLEA HEARING REQUESTED BY DEFENSE COUNSEL. COURT WILL SET PLEA HEARING ON FRIDAY, 8/11/17 AT 9:30 A.M. BEFORE JUDGE GARZA.