IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 17-2136 RB |
| vs. | ) 8 U.S.C. §§ 1326(a) and (b): |
| | ) Re-entry of a Removed Alien. |
| **ESTEBAN PASTOR-LOPEZ,** | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about July 31, 2017, the defendant, **ESTEBAN PASTOR-LOPEZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about November 19, 2014, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

JAMES D. TIERNEY
Acting United States Attorney

SARAH M. DAVENPORT
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304