## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **17-2136 RB** | USA vs.: | **PASTOR—LOPEZ** |
| Date: | **8/22/2017** | Name of Deft: | **ESTEBAN PASTOR-LOPEZ** |
| Before the Honorable: | | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **9:24 AM – 9:34 AM** | Total Time in Court (for JS10): | **10 minutes** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **RICHARD WILLIAMS** | Defendant's Counsel: | **MEGHAN MCLOUGHLIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **BARBARA ESPINOSA** |
| Probation Officer: | **YVONNE SANDOVAL** | Sworn? | **X** Yes ☐ No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** | Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | **X** No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **8/11/2017** | | | | PSR: | **X** | Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **23 DAYS OR TIME SERVED, WHICH EVER IS LESS** |
|---|---|---|
| Supervised Release: | | Probation: |
| ☐ 500-Hour Drug Program | ☐ BOP Sex Offender Program | OTHER: |
| **X** Court recommends ICE begin removal proceedings immediately or during service of sentence | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ No re-entry without legal authorization | ☐ Home confinement for ____ months ____ days |
| ☐ Comply with ICE laws and regulations | ☐ Community service for ____ months ____ days |
| ☐ Participate in/successfully complete subst abuse program/testing | ☐ Reside halfway house ____ months ____ days |
| ☐ Participate in/successfully complete mental health program | ☐ Register as sex offender |
| ☐ Refrain from use/possession of alcohol/intoxicants | ☐ Participate in sex offender treatment program |
| ☐ Submit to search of person/property | ☐ Possess no sexual material |
| ☐ No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | ☐ No computer with access to online services |
| ☐ No entering or loitering near victim's residence | ☐ No contact with children under 18 years |
| ☐ Provide financial information | ☐ No volunteering where children supervised |
| ☐ Grant limited waiver of confidentiality | ☐ Restricted from occupation with access to children |
| ☐ Participate in an educational or vocational program | ☐ No loitering within 100 feet of school yards |
| **OTHER:** | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ Waived | ($100) as to each Count | Payment Schedule: | Due Imm. **X** Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |